

FILED

FEB 25 2010

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

B23 (Official Form 23) (12/07)

# United States Bankruptcy Court
### CENTRAL District Of CALIFORNIA

Valerie Whistler

In re

                                           Case No. 1:09-bk-24151-MT

                                           Chapter 7

                    Debtor

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL
## COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☑ I,            Valerie Whistler            , the debtor in the above-styled case, hereby
       (Printed Name of Debtor)

certify that on 1/26/2010            (Date), I completed an instructional course in personal financial management
provided by Debtor-Wise Foundation                              , an approved personal financial
                              (Name of Provider)

management provider.

Certificate No. (if any): 13791-CAC-DE-009712396            .

☐ I,            Valerie Whistler            , the debtor in the above-styled case, hereby
       (Printed Name of Debtor)

certify that no personal financial management course is required because of *[Check the appropriate box.]:*
       ☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);
       ☐ Active military duty in a military combat zone; or
       ☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that
the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise
be required to complete such courses.

Signature of Debtor:
                    Valerie Whistler

Date: 1/30/2010

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R.
Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling
provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under
§ 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as
required by the plan or the filing of a motion for entry of a discharge under § 1328(b) of the Code. (See Fed. R. Bankr. P.
1007(c).)

Certificate Number: 13791-CAC-DE-009712396

Bankruptcy Case Number: 09-24151

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on January 26, 2010, at 4:40 o'clock PM EST,

Valerie Whistler completed a course on personal financial

management given by internet by

DebtorWise Foundation,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the Central District of California.

Date: January 26, 2010

By      /s/Michael Velasco

Name    Michael Velasco

Title   Counselor

| In re:<br>VALERIE WHISTLER | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 1:09-BK-24151-MT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

16235 Devonshire St., No. 19, Granada Hills, CA 91344

A true and correct copy of the foregoing document described as DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT and CERTIFICATE OF DEBTOR EDUCATION will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐  Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On 2/24/2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Maureen Tighe, US Bankruptcy Court – Central District, 21041 Burbank Blvd. Ste.325, Woodland Hills 91367
Brad Krasnoff, Trustee, 221 N. Figueroa St. Ste. 1200, Los Angeles, CA 90012

☐  Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/25/2010 | DM Douglas | *DM Douglas* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                           F 9013-3.1